IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
)
      Plaintiff )   Civil Action No.:11-cv-01303-WDQ
)
)
v. )
)
RANDSTAD US, LP )
)
      Defendant. )

## CONSENT DECREE

This action was instituted by the U.S. Equal Employment Opportunity Commission ("the EEOC" or "the Commission"), against Defendant, Randstad US, LP ("Defendant" or "Randstad"), alleging violations of Sections 102(a), 102(b)(1), and 102(b)(5)(B) of the Americans With Disabilities Act of 1990 ("the ADA"), as amended by the Americans With Disabilities Act Amendments Act ("ADAAA"), 42 U.S.C. §§ 12112(a), 12112(b)(1), 12112(b)(5)(B). In its Complaint, the Commission alleged that Defendant violated the ADA by refusing to hire Jason O'Dell ("O'Dell"), or thereafter refer him for assignments with Defendant's clients, based on O'Dell's alleged disability. Defendant has denied the allegations in the Complaint.

The Commission and Defendant desire to resolve this action without the time and expense of continued litigation, and they desire to formulate a plan to be embodied in a Decree which will promote and effectuate the purposes of federal anti-discrimination laws, including the ADA. This Decree does not constitute an adjudication on the merits of the EEOC's case and it shall not be construed as an admission by Defendant of any discriminatory action; nor shall it be

construed as a waiver by the EEOC of any contentions of discrimination.

The Court has examined this Decree and finds that it is reasonable and just and in accordance with the Federal Rules of Civil Procedure and the ADA. Therefore, upon due consideration of the record herein, it is ORDERED, ADJUDGED AND DECREED:

1. This Decree resolves all issues and claims alleged in the Complaint filed by the Commission in this ADA action, which emanated from the Charge of Discrimination filed by Jason O'Dell, EEOC Charge No. 531-2010-01495.

2. This Decree shall be in effect for a period of two years and six months from the date it is entered by the Court.

3. Defendant and its officers, servants, employees, successors, and assigns are hereby enjoined from violating the provisions of Title I of the ADA, including 42 U.S.C. § 12112(a), 42 U.S.C. § 12112(b)(1) and 42 U.S.C. § 12112(b)(5)(B).

4. In full settlement of damages alleged by the Commission in this case, Defendant will pay Jason O'Dell a total sum of $60,000 within thirty (30) days of entry of this Decree. When Defendant makes its payment to O'Dell, it shall also issue an IRS Form 1099 to O'Dell for the 2012 tax year.

5. Within thirty (30) days from the date of entry of this Decree, Defendant will create an active account for its Randstad University Online Training Center ("RUOTC") for O'Dell, and provide O'Dell with his account user information. O'Dell's account shall remain active for a period of one year from the date Defendant provides O'Dell with his account user information. O'Dell shall be permitted to utilize his account to enroll in 10 classes, courses or other training or educational programs of his choice offered by Defendant through RUOTC, free of charge. O'Dell shall be permitted to complete any of the 10 classes, courses or other training

or educational programs that he enrolls in prior to the expiration of his account, even if the training, course or program takes place after his RUOTC account expires. O'Dell shall be entitled to the same on-line training opportunities as other participants in RUOTC, including but not limited to program completion certifications and other proofs of successful completion of classes, courses and/or training.

6. Within ninety (90) days from the date of entry of this Decree, Defendant will ensure that the statement attached hereto as Exhibit A will be added in a visible location to the Work Profile page of the on-line employment application tool found on its website located at url: http://us.randstad.com/. Defendant reserves the right to change the identity of and contact information for the person(s) set forth in the statement as responsible for receiving reasonable accommodation requests, provided that at all times at least one current representative of Defendant is listed in the statement and that any persons listed have the responsibility and authority to receive, review and process requests for reasonable accommodations. Within twenty (20) days after the new statement has been added to the website, Defendant will certify to EEOC counsel of record that the required incorporation has occurred.

7. Defendant has modified the anti-discrimination policy contained in the Randstad US LP External Talent Guidebook ("Guidebook") to include a revised discrimination and harassment policy statement, and a revised reasonable accommodation policy statement. The revised handbooks were, prior to entry of this Decree, disseminated to all Randstad branch offices nationwide and made available to existing employees, and will be provided to all newly hired external employees nationwide.

8. Within sixty (60) days from the date of entry of this Decree, two hours of on-site training will be provided to all internal employees working in Randstad's Frederick, Maryland

3

branch by a qualified ADA specialist agreed to by the parties. In addition, Randstad will amend its existing nationwide new hire training materials to include training for all internal new hires regarding prohibitions against disability discrimination, Randstad's anti-discrimination and anti-retaliation policies, and Randstad's procedures for making discrimination and harassment complaints and requests for reasonable accommodation. Randstad will also amend its existing nationwide employment law compliance training for existing internal employees, which is currently provided to internal employees every two years, to include the same topics and materials. The next scheduled new hire training, which shall incorporate the new training materials described herein, will occur in or about August 2012. The revised training program for existing internal employees, which shall incorporate the new training materials described herein, will be conducted on or before December 31, 2013.

Within ten (10) days after the on-site training at its Frederick, Maryland branch ("On-site Training") has been completed, Defendant will certify to EEOC counsel of record that the required On-site training has occurred and shall provide the EEOC with a list of all attendees that participated in the On-site training.

9.  Within twenty (20) days after entry of the Decree, Defendant will post in all of its Maryland branches the Notice attached hereto as Exhibit B and made a part hereof. Said Notice shall be posted and maintained for the duration of this Decree and shall be signed by a responsible management official with the date of actual posting shown thereon. Should the Notice become defaced, marred, or otherwise made unreadable, Defendant will ensure that new, readable copies of the Notice are posted in the same manner as specified. Defendant reserves the right to change the identity of and contact information for the person(s) set forth in the Notice as responsible for receiving reasonable accommodation requests, provided that at all times at least

4

one current representative of Defendant is listed in the Notice and that any listed person has the responsibility and authority to receive, review and process requests for reasonable accommodations.

Within ten (10) days of posting of the Notice, Defendant shall forward to the EEOC's counsel of record a copy of the signed Notice attached hereto and written certification that the Notice referenced herein has been posted in all required locations and a statement of the locations and date(s) of posting.

10. The Commission and Defendant shall bear their own costs and attorneys' fees.

11. All claims brought by the EEOC against Defendant in this action shall be and hereby are dismissed with prejudice, subject to this Court's jurisdiction to enforce provisions of this Consent Decree.

12. At least twenty (20) days prior to initiating any claims for violation of this Consent Decree, including contempt proceedings, the Commission shall provide the Defendant with written notice of the perceived violation(s) so that Defendant may attempt to cure the violation(s). Such notice shall be mailed and faxed to General Counsel for the Defendant at: Jay P. Ferguson, Jr., General Counsel Randstad General Staffing, 2015 South Park Place, Atlanta, GA 30339; fax (866) 446-5516. Nothing in this provision shall constitute a waiver by the Commission, after providing notice as described above, of its right to initiate claims for violation(s) of and/or to enforce this Consent Decree, including but not limited to claims for any harm occurring prior to the curing of any violation(s), or from the inadequacy of Defendant's efforts to cure or its failure to cure violation(s). Further, this provision shall not apply, and the Commission shall not be subject to any notice requirement or notice period, in situations where the Commission believes in good faith that a violation of the Decree has occurred and that any

delay in seeking enforcement of the Decree may result in irreparable harm.

The undersigned counsel of record hereby consent to the entry of the foregoing Consent Decree.

| FOR DEFENDANT: | FOR PLAINTIFF: |
|---|---|
| /s/<br>John S. Snelling<br>*pro hac vice*<br>Lewis Brisbois Bisgaard & Smith LLP<br>1180 Peachtree Street, NE<br>Suite 2900<br>Atlanta, Georgia 30309<br>404-567-6588 (phone)<br>404-467-8845 (fax)<br>jsnelling@lbbslaw.com | /s/<br>Debra M. Lawrence<br>Regional Attorney<br><br>/s/<br>Maria L. Morocco<br>Supervisory Trial Attorney<br><br>/s/<br>Thomas D. Rethage, Jr.<br>Trial Attorney<br>U.S. Equal Employment Opportunity Commission<br>Philadelphia District Office<br>801 Market St., Suite 1300<br>Philadelphia, PA 19107-3127<br>Phone: 215.440.2683<br>Fax: 215.440.2848<br>thomas.rethage@eeoc.gov |

**SO ORDERED.**

Signed and entered this 9th day of May, 2012.

William D. Quarles, Jr.
United States District Court Judge

Exhibit A

## EQUAL EMPLOYMENT OPPORTUNITY STATEMENT

Randstad is an Equal Opportunity employer and makes all employment decisions based solely on the basis of qualifications and without regard to race, religion, color, national origin, citizenship, sex, age, disability, ancestry, veteran status, genetic information, service in the uniformed services or any other classification protected by law. If, because of a disability, you require a reasonable accommodation for any part of the employment process, please email either barbara.blevens@us.randstad.com or angie.raughley@us.randstad.com, or call either 888-726-3782 ext. 7095 or 877-288-1080 and let us know the nature of your request and your contact information.

Exhibit B

**NOTICE TO EMPLOYEES POSTED PURSUANT TO A
CONSENT DECREE BETWEEN THE U.S. EQUAL
EMPLOYMENT OPPORTUNITY COMMISSION AND RANDSTAD US, LP.**

Randstad US, LP is fully committed to maintaining a workplace in which all applicants and employees are free from illegal discrimination, including discrimination based on disability, as is recognized by Randstad US, LP's employment policies and required by federal law, including the Americans with Disabilities Act ("the ADA"), which provides, in part:

> No covered entity shall discriminate against a qualified individual with a disability because of the disability of such individual in regard to job application procedures, the hiring, advancement, or discharge of employees, employee compensation, job training, and other terms, conditions, and privileges of employment.

42 U.S.C. § 12112(a).

**We want you to know that:**

(1) We are 100% dedicated to upholding the law and our policies.

(2) We will not discriminate or tolerate any discrimination against employees or applicants on any impermissible basis, including disability.

(3) We will make reasonable accommodations to applicants and employees with disabilities to the extent required by law.

(4) If you have any questions about employment discrimination or reasonable accommodations, please email either barbara.blevens@us.randstad.com or angie.raughley@us.randstad.com, or call either 888-726-3782 ext. 7095 or 877-288-1080 and let us know the nature of your request and your contact information.

RANDSTAD US, LP.

Dated: _____

By: _____

Title: _____